IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ROBERT INNIS, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 07-1343 |
| HARRY WILSON, et al., | ) Judge Lancaster |
| | ) Magistrate Judge Bissoon |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Robert Innis's civil rights complaint was received by the Clerk of Court on October 4, 2007, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The case was referred to Magistrate Judge Cathy Bissoon on August 1, 2008, upon Magistrate Judge Caiazza's retirement.

The Magistrate Judge's Report and Recommendation filed on October 1, 2008, recommended that the motions to dismiss the amended complaint filed by the Defendants be granted. The parties were allowed ten days from the date of service of the report to file objections. The Plaintiff filed objections on October 15, 2008 (Doc. 64).

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 23ʳᵈ day of Oct, 2008,

IT IS HEREBY ORDERED that the Defendants' motions to dismiss (Docs. 53 and 56) are GRANTED. The Report and Recommendation of Magistrate Judge Bissoon (Doc. 62) dated October 1, 2008, is adopted as the opinion of the court.

IT IS FURTHER ORDERED that the Plaintiff's Motion for Appointment of Counsel (Doc. 61) is DENIED AS MOOT.

The Clerk is directed to mark this case CLOSED.

Gary L. Lancaster
U.S. District Court Judge

cc:
ROBERT INNIS
CT-3349
S.C.I FAYETTE
P.O. BOX 9999
Labelle, PA 15450-0999